TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00391-CR

Dreamlin Marlene Braun, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL

DISTRICT

NO. 96-583-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for intoxication assault. Appellant has
filed a motion to withdraw the appeal. No decision of this Court has been delivered. The motion is granted
and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: July 24, 1997

Do Not Publish